IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWARD TYRONE RIDLEY,

    Petitioner,

v.                                CASE NO. 5:16-cv-00192-MP-GRJ

C J CONLEY,

    Respondent.

_____/

**O R D E R**

Previously, the Magistrate Judge issued a Report and Recommendation, Doc. 9, recommending that this case be dismissed for lack of jurisdiction because petitioner is no longer in custody for the conviction being challenged. The petitioner filed objections, Doc. 11, which the Court has reviewed. After filing the objections, but before the Court ruled on the Report and Recommendation, the petitioner filed a document entitled "Notice of Appeal" but which merely stated that petitioner would move to appeal "if the Court moves to dismiss action or deny his objection." Doc. 12. The petitioner also moved for leave to appeal in forma pauperis. Doc. 13. This type of contingent notice of appeal is improper, and so Doc. 12 is stricken from the docket and is ineffective to appeal anything.

Additionally, the Court agrees with the Magistrate Judge that petitioner cannot satisfy the "in custody" requirement under § 2254 to attack his 1996 conviction. He finished his sentence in 1999, and being required to register as a sex offender does not constitute being "in custody." Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

Doc. 12, an attempt to contingently give notice of appeal, is stricken, and Doc. 13,

motion to appeal in forma pauperis is denied as moot.  The Report and Recommendation, Doc. 9, is accepted and incorporated herein by reference.  This case is dismissed for lack of jurisdiction and as frivolous, and the Clerk is directed to close the file.  A certificate of appealability is denied.  Petitioner is specifically warned that the Notice at Doc. 12 was not effective in appealing this case, and he must file any notice of appeal within 30 days to protect his right to attempt to appeal.

**DONE AND ORDERED** this *8th* day of November, 2016

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge